# Exhibit 1















